Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

_____

BOBBY REEDOM, individually and as successor in interest to Jontell Reedom, deceased,

        Plaintiffs,

    v.

CITY OF TULARE,

        Defendant.

Case No. 1:18-cv-01366 LJO SKO

**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**

**(Doc 12)**

TO THE HONORABLE COURT:

On December 5, 2018, by Minute Order and in the interest of judicial economy and efficiency, the court continued the Initial Scheduling Conference in *Harris v. City of Tulare* to be held in conjunction with the currently scheduled Initial Scheduling Conference in *Reedom v. City of Tulare* (Dkt 9), that being January 15, 2019.

1

On January 15, 2019, at 9:30 a.m., counsel for Defendant, City of Tulare, is scheduled for oral argument before the Ninth Circuit Court of Appeals in the matter of *N.E.M., et al. v. City of Salinas,, et al.*, Case No. 17-17337.

It is therefore respectfully requested that the January 15, 2019, Initial Scheduling Conference be continued to February 14, 2019, at 9:30 a.m. This date has been cleared with the Court and is agreeable to all involved parties.

IT IS SO STIPULATED.

DATED:  December 18, 2018        FERGUSON, PRAET & SHERMAN
                                                             A Professional Corporation

                                         By:    /s/  Bruce D. Praet
                                                         Attorneys for Defendant

DATED: December 18, 2018        THE COCHRAN FIRM

                                       By:    /s/  Megan R. Gyongyos
                                                         Megan R. Gyongyos
                                                         Attorneys for Plaintiff Bobby Reedom

DATED: December 18, 2018        LAW OFFICES OF DALE K. GALIPO

                                       By:    /s/  Hang Le
                                                         Hang Le
                                                         Attorneys for the Harris Plaintiffs

## **ORDER**

The parties having so stipulated (Doc. 12) and good cause appearing,

IT IS HEREBY ORDERED that the Initial Scheduling Conference currently set for January 15, 2019, is **CONTINUED to February 14, 2019, at 9:30 AM in Courtroom 7, before**

**Magistrate Judge Sheila K. Oberto**.  The parties SHALL file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**December 19, 2018**__     _____/s/ *Sheila K. Oberto*_____
                                                               UNITED STATES MAGISTRATE JUDGE